# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| **MARCEL NMN ROUNDTREE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 1:10-CV-00230 |
| | ) |
| **WARREN W. KRUEGER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## OPINION AND ORDER

Before the Court is a motion for appointment of counsel (Docket # 2) filed by *pro se* Plaintiff Marcel NMN Roundtree in this case alleging various civil rights violations by Defendants. In response to his motion, the Court instructed Roundtree to submit a Questionnaire for Appointment of Counsel (Docket # 18), which included the requirement that Roundtree provide the names of at least three attorneys he contacted and the reasons they refused to take his case.

On his completed Questionnaire, Roundtree failed to represent that he had contacted *any* attorneys concerning his case. (*See* Questionnaire for Appointment of Counsel ¶ 6.) His failure to meet this threshold requirement is fatal to his request for appointment of counsel. *See Jackson v. County of McLean*, 953 F.2d 1070, 1073 (7th Cir. 1992) ("If . . . the indigent has made no reasonable attempts to secure counsel (unless circumstances prevented him from doing so), the court should deny any § 1915(d) motions outright."); *see also Jackson v. Kotter*, 541 F.3d 688, 700 (7th Cir. 2008); *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004) ("In determining whether to appoint counsel for an indigent plaintiff . . ., a court must 'first determine if the indigent has made reasonable efforts to retain counsel and was unsuccessful . . . .'") (quoting *County of*

*McLean*, 953 F.2d at 1073)).

Therefore, Roundtree's motion for appointment of counsel (Docket # 2) is DENIED.

Enter for this 20th day of August, 2010.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge