UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MARCEL ROUNDTREE, | ) | |
| Plaintiff | ) | |
| vs. | ) | CAUSE NO. 1:10-CV-230 RM |
| WARREN W. KRUEGER, et al., | ) | |
| Defendants | ) | |

OPINION and ORDER

On September 28, 2010, the court dismissed Marcel Roundtree's complaint and afforded him time to file an amended complaint. Following Mr. Roundtree's filing of his amended complaint, the court granted the defendants' motions to dismiss that complaint on December 1. On July 18, 2011, Mr. Roundtree filed a notice of appeal and a motion for leave to proceed *in forma pauperis* on appeal, in which he represents that he is indigent and unable to pay the filing fee.

Federal Rule of Appellate Procedure 24(a)(3) provides that a financially indigent person may be permitted to proceed on appeal *in forma pauperis* unless the court "certifies that the appeal is not taken in good faith." In other words, the court must determine "that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000). Because no reasonable person could find that Mr. Roundtree's appeal has any merit, the court concludes that his appeal is not taken in good faith, and his request for pauper status [docket # 52] is DENIED.

SO ORDERED.

ENTERED:   July 22, 2011   

                                     /s/ Robert L. Miller, Jr.             
                                  Judge, United States District Court

cc: M. Roundtree
    E. Searle/S. Meyer
    L.  Bowker/C. Gilchrist
    P. Kalamaros